# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Christopher R. James, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 08-cv-6193 PAM/SRN ) |
| United States, | ) ) |
| Defendant. | ) |

## Order

For good cause shown, the United States may depose Jeff Sterle by video and the parties may offer Sterle's videotaped testimony at trial as if he were unavailable for purposes of Federal Rule of Evidence 801.

It is further ordered that the expenses of this deposition shall be borne solely by the United States; that counsel for the planitiff may appear by telephone or other electronic hookup; and that it shall be the responsibility of the United States to arrange for the electronic hookup.

Dated:  June  9 , 2010

s/Paul A. Magnuson
The Honorable Paul Magnuson
United States District Judge