# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Christopher R. James

        Plaintiff.          Civil 08-6193 (PAM/SRN)

v.

**ORDER OF DISMISSAL**

United States of America

        Defendant.

_____

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: June __21__ , 2010

                                                _s/Paul A. Magnuson_
                                                Paul A. Magnuson, Judge
                                                United States District Court